UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAIF ALI,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

Case No. 26-cv-12374-LJC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to 3:26-cv-09686-JD, Adams v. Federal Express Corporation.

**IT IS SO ORDERED.**

Dated: October 23, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California